IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GUSTAVIA DREW                                                                    PLAINTIFF

v.                                        No. 4:25-cv-858-DPM

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY                                                    DEFENDANT

## JUDGMENT

Drew's complaint is dismissed with prejudice. The Court retains jurisdiction until 20 January 2026 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 Nov. 2025